MICHAEL D. BRUNO (SBN: 166805)
MARCIE S. ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Defendants
TOSH PEPE WEST, INC. dba CARMEL BAKERY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　　　　Plaintiffs<br><br>vs.<br><br>CARMEL BAKERY; TOSH PEPE WEST, INC.,<br><br>　　　　　　　Defendants. | CASE NO. CV04-04590 PVT<br><br>**ORDER ON**<br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO PENDING SETTLEMENT** |

The parties by and through their attorneys of record hereby stipulate as follows:

1. <u>This case has a case management conference scheduled for June 14, 2005.</u> The case has provisionally settled but a final settlement cannot be consummated until architectural renderings are complete. An architect's visit is scheduled for June 6, 2005 and plans depicting the modifications to be made to the facility are expected within six weeks of that date.

///

///

2. The parties request a 90 days case management conference continuance. The parties anticipate that within that time the settlement will be consummated and a stipulation for dismissal executed and filed.

Dated: June ___, 2005                    GORDON & REES, LLP

                                         By: /s/ Michael D. Bruno
                                         MICHAEL D. BRUNO
                                         Attorney For Defendant
                                         TOSH PEPE WEST, INC. dba CARMEL BAKERY

Dated: June ___, 2005                    THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*

                                         By: _____
                                         JENNIFER L. STENEBERG
                                         Attorney For Plaintiffs
                                         JAREK MOLSKI, an individual; and
                                         DISABILITY RIGHTS ENFORCEMENT,
                                         EDUCATION SERVICES

## ORDER

**Good cause appearing therefore, the case management conference scheduled for June 14, 2005 is hereby vacated and continued to _____Sept. 27_____, 2005.**

Dated: ____6/7____, 2005                 /s/ Patricia V. Trumbull
                                         MAGISTRATE JUDGE OF THE DISTRICT COURT