```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    JENNIFER L. STENEBERG (State Bar No. 202985)
 2  THOMAS E. FRANKOVICH,
    *A Professional Law Corporation*
 3  2806 Van Ness Avenue
    San Francisco, CA 94109
 4  Telephone:   415/674-8600
    Facsimile:   415/674-9900
 5
    Attorneys for Plaintiffs JAREK MOLSKI
 6  and DISABILITY RIGHTS ENFORCEMENT,
    EDUCATION SERVICES
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CARMEL BAKERY; TOSH PEPE WEST, INC., <br><br> Defendant. | **CASE NO. C04-4590 PVT** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. The parties, by and through their respective counsel, further stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). However, this stipulation is made on the understanding that should any party not have executed the Mutual Settlement Agreement and Release herein before October 15, 2005, this stipulation may be withdrawn and the matter put back on the Court's trial calendar. In addition, the parties consent to and request that the Court retain jurisdiction over enforcement of the settlement herein. *See* Kokonen v. Guardian Life

Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: September 26, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:  /s/ Jennifer L. Steneberg
Jennifer L. Steneberg
Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: September 26, 2005

GORDON & REES LLP

By:  /s/ Michael D. Bruno
Michael D. Bruno
Attorneys for Defendant TOSH PEPE WEST, INC.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1) unless one of the parties hereto notifies the Court on or before October 15, 2005, the settlement has not been consummated through full execution of the Mutual Settlement Agreement and Release.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' settlement should such enforcement be necessary.

Dated:  9/28  , 2005

Hon. Patricia V. Trumbull
UNITED STATE͇S̶ ̶D̶I̶S̶T̶R̶I̶C̶T̶ JUDGE
*Magistrate*